# CALEB POTWIN

*v.*

# JOHN OADES *et al.*

1. JUDGMENT FOR TAXES—*its requisites.* A judgment against land for non-payment of taxes, in which only figures are used to designate the amount, and with no dollar mark, or other definite means of determining whether the figures stand for dollars, cents or mills, is void.

WRIT OF ERROR to the Circuit Court of Cook county; the Hon. ERASTUS S. WILLIAMS, Judge, presiding.

This was an action of ejectment brought by Potwin against Oades and others, to recover thirty acres of land situate in section 13, town 39, range 13 east, in Cook county, Illinois. The plaintiff claimed title under a sale in the nature of a tax sale for drainage assessments, levied by the Cook county drainage commissioners, under the act of June 23, 1852. A

trial resulted in a verdict and judgment in favor of the defendants.

The plaintiff brings the cause to this court by writ of error.

Messrs. GOOKINS & ROBERTS, for the plaintiff in error.

Mr. JNO. G. ROGERS, for the defendants in error.

Per CURIAM: In this case we are urged to reconsider and overrule the oft-repeated decisions of this court, to the effect that a judgment against land for non-payment of taxes, in which only figures are used to designate the amount, and with no dollar mark or other definite means of determining whether the figures stand for dollars, cents or mills, is void. These decisions, beginning with the case of *Lawrence* v. *Fast*, 20 Ill. 338, and repeated in *Lane* v. *Bommelmann*, 21 id. 143, *Dukes* v. *Rowley*, 24 id. 210, and four or five other cases, have established a rule of property in this State under which titles have been settled, and they should not now be disturbed. The question presented cannot be considered an open one in this court.

*Judgment affirmed.*